**Eberhard WEIL, Appellant,**

v.

**Bernard WEISSMAN, Appellee.**

No. 03–1187.

United States Court of Appeals, Federal Circuit.

May 21, 2003.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

**Lori S. FERNANDEZ, Petitioner,**

v.

**DEPARTMENT OF the ARMY, Respondent.**

No. 03–3188.

United States Court of Appeals, Federal Circuit.

May 21, 2003.

### ORDER

The petitioner having filed the required Statement Concerning Discrimination, it is

ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RECALLED, and the petition for review is REINSTATED.

Petitioner's brief is due within 21 days from the date of filing of this order.